IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO F. GUILLERMO and, LILLIAN S. CORTES,<br><br>    Plaintiffs,<br><br> v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and CALIBER HOME LOANS, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 14-04212 JSW<br><br>**SECOND ORDER TO SHOW CAUSE** |

   On December 1, 2014, the Court approved two stipulations to extend the deadline for Plaintiffs to file their opposition to Defendants' motion to dismiss. However, Plaintiffs filed an opposition brief on November 25, 2014, five days after the parties submitted their first stipulation. Although the Court approved the extensions, it assumed Plaintiffs' request for an extension was mooted because they filed their opposition. Defendants filed a reply brief on December 1, 2014, and on that same day, Plaintiffs filed a second opposition brief.

   Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE why the Court should strike the second opposition brief. Plaintiffs' response to this Order to Show Cause shall be due by 12:00 p.m. on December 5, 2014. If the parties are able to reach a stipulation that permits Defendants to file a superseding reply brief on December 8, the Court shall disregard the opposition at Docket No. 25 and the Reply at Docket No. 29, and it shall discharge this

Order to Show Cause without further action.

**IT IS SO ORDERED.**

Dated: December 2, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE