IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERTO F. GUILLERMO and, LILLIAN S. CORTES,

    Plaintiffs,

v.

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and CALIBER HOME LOANS, INC., et al.,

    Defendants.

No. C 14-04212 JSW

**ORDER VACATING SECOND ORDER TO SHOW CAUSE**

The Court VACATES the Second Order to Show Cause dated December 2, 2014. The Court issued the Order in error.

**IT IS SO ORDERED.**

Dated: December 3, 2014

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE