PHILIP A. MCLEOD, CASB No. 101101
philip.mcleod@kyl.com
JESSICA WOERSCHING, CASB No. 284846
jessica.woersching@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:     (415) 398-6000
Facsimile:      (415) 981-0136

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO F. GUILLERMO and LILLIAN S. CORTES,<br><br>                    Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; CALIBER HOME LOANS, INC., California Corporation;<br><br>and<br><br>DOES 1-25, inclusive,<br><br>                    Defendants. | Case No. 3:14-cv-04212-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Date:    January 9, 2015<br>Time:   11:00 a.m.<br>Place:   Courtroom 5 |

Defendants JPMORGAN CHASE BANK, N.A. ("Chase") and CALIBER HOME LOANS, INC. ("Caliber") and Plaintiffs GILBERTO F. GUILLERMO and LILLIAN S. CORTES ("Plaintiffs") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, this Court issued an Order on October 2, 2014 setting a Case Management Conference for January 9, 2015 at 11:00 a.m., and requiring that the Parties submit a joint case management statement no later than January 2, 2015;

WHEREAS, the Parties are required to exchange their initial disclosures on January 2,

1    2015;

2    WHEREAS, this Court's October 2, 2014 Order did not set a deadline to meet and
3    confer, or to file an ADR Certification or Stipulation to ADR Process or Notice of Need for ADR
4    Phone Conference;

5    WHEREAS, Defendants Chase and Caliber both filed Motions to Dismiss the First
6    Amended Complaint, and the hearing on the Motions to Dismiss is set for January 9, 2015 at 9:00
7    a.m.;

8    WHEREAS, the Parties wish to continue the case management conference and all
9    related deadlines, including any ADR-related deadlines, until after this Court has ruled on the Motions
10   to Dismiss.  The Parties so stipulate because until those Motions are resolved, it is unclear what
11   claims and theories are properly at issue in this case.  Accordingly, the Parties submit that the Court's
12   and the Parties' resources would be conserved by continuing the foregoing deadlines until the Motions
13   to Dismiss have been resolved.

14   **IT IS SO STIPULATED.**

15   DATED:  December 11, 2014          */s/ Jessica Woersching*_____
                                         PHILIP A. MCLEOD
16                                       JESSICA WOERSCHING
                                         KEESAL, YOUNG & LOGAN
17                                       Attorneys for Defendant
                                         JPMORGAN CHASE BANK, N.A.
18

19   DATED:  December 11, 2014          */s/ Daniel D. O'Shea* _____
                                         DANIEL D. O'SHEA
20                                       PERKINS COIE LLP
                                         Attorney for Defendant
21                                       CALIBER HOME LOANS, INC.

22

23   DATED: December 11, 2014           */s/ Tiffany R. Norman*_____
                                         TIFFANY R. NORMAN
24                                       TRN LAW ASSOCIATES
                                         Attorney for Plaintiffs
25                                       GILBERTO F. GUILLERMO and LILLIAN S.
                                         CORTES
26

27   *I, Jessica Woersching, attest that concurrence in the filing of this document has been obtained from
     each of the signatories.  I declare under penalty of perjury under the laws of the United States of*
28   *America that the foregoing is true and correct.*

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties and good cause appearing, it is HEREBY ORDERED as follows:

1. The Case Management Conference currently scheduled for January 9, 2015 shall be continued to  February 27, 2015 at 11:00 a.m.  .
2. The Parties shall submit a joint case management statement on or before  February 20, 2015  .
3. The Parties shall meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan on or before  January 30, 2015  .
4. The Parties shall exchange their initial disclosures and file an ADR Certification and either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference on or before  January 30, 2015  .

**IT IS SO ORDERED.**

Date: December 12, 2014

_____
JEFFREY S. WHITE
United States District Judge