IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERTO F. GUILLERMO and, LILLIAN S. CORTES,

    Plaintiffs,

v.

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and CALIBER HOME LOANS, INC.,

    Defendants.

No. C 14-04212 JSW

**ORDER VACATING HEARING**

Now pending before the Court are motions to dismiss filed by Defendants JP Morgan Chase Bank, National Association, and Caliber Home Loans, Inc. The Court finds the motions suitable for disposition without oral argument and VACATES the hearing scheduled for January 9, 2015. The matters are now under submission, and the Court shall issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: December 31, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE