IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO F. GUILLERMO and, LILLIAN S. CORTES,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and CALIBER HOME LOANS, INC.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　/ | No. C 14-04212 JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

　　　　The motions to dismiss filed by Defendants JP Morgan Chase Bank, National Association, and Caliber Home Loans, Inc. remain pending before the Court, and this matter is scheduled for a case management conference on February 27, 2015.  In light of the pending motions, the Court VACATES the case management conference, and it shall schedule a new case management conference in the Order resolving the motions.

　　　　**IT IS SO ORDERED.**

Dated: February 20, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE