David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Daniel D. O'Shea Bar No. 238534
DOshea@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendants
CALIBER HOME LOANS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO F. GUILLERMO and LILLIAN S. CORTES,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; CALIBER HOME LOANS, INC., a California Corporation; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 4:14-cv-04212-JSW<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br>AS MODIFIED HEREIN |

## **STIPULATION**

Plaintiffs GILBERTO F. GUILLERMO and LILLIAN S. CORTES ("Plaintiffs"), Defendant CALIBER HOME LOANS, INC. ("Caliber") and Defendant JPMORGAN CHASE BANK, N.A. ("Chase") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, this Court issued an Order on March 23, 2015 setting a Case Management Conference for May 22, 2015 at 11:00 a.m., and requiring that the Parties submit a joint case management statement no later than May 15, 2015;

1  WHEREAS, Plaintiffs filed their Second Amended Complaint on April 20, 2015
2  following the Court's granting, in part, Caliber and Chase's motions to dismiss the First Amended
3  Complaint, with leave to amend;

4  WHEREAS, Caliber and Chase's response(s) to the Second Amended Complaint are not
5  due until May 11, 2015, and both Caliber and Chase anticipate filing Motions to Dismiss the
6  Second Amended Complaint;

7  WHEREAS, the Parties wish to continue the Case Management Conference and all
8  related deadlines until after this Court has ruled on the forthcoming Motions to Dismiss. The
9  Parties so stipulate because until those Motions are resolved, it is unclear what claims and
10 theories are properly at issue in this case. Accordingly, the Parties submit that the Court's and the
11 Parties' resources would be conserved by continuing the foregoing deadlines until the Motions to
12 Dismiss have been resolved.

13 **IT IS THEREFORE STIPULATED AND AGREED** by the Parties, by
14 and through their respective counsel, that the Case Management Conference shall be continued to
15 July 10, 2015 or a date thereafter that is convenient for the Court.

16 **IT IS SO STIPULATED.**

17 DATED: May 4, 2015                **PERKINS COIE LLP**

19                                    By:  */S/ Daniel D. O'Shea*
                                           Daniel D. O'Shea
20
                                           Attorneys for Defendants
21                                         CALIBER HOME LOANS, INC.

22 DATED:  May 4, 2015               **TRN LAW ASSOCIATES**

23
                                     By:  */S/ Tiffany R. Norman*
24                                         TIFFANY R. NORMAN
                                           TRN LAW ASSOCIATES
25
                                           Attorney for Plaintiffs
26                                         GILBERTO F. GUILLERMO and LILLIAN
                                           S. CORTES
27

28

1 | DATED: May 4, 2015

**KEESAL, YOUNG & LOGAN**

By: */S/ Francesca M. Lanpher*
PHILIP A. MCLEOD
FRANCESCA M. LANPHER
KEESAL, YOUNG & LOGAN

Attorneys For Defendant
JPMORGAN CHASE BANK, N.A.

**ORDER**

The Court, having reviewed the parties' Stipulation, hereby orders as follows:

1. The Case Management Conference shall be ~~continued to July 10, 2015 or to the following: _____;~~ vacated, and the Court shall set a new date when it resolves the anticipated motions to dismiss.

2. ~~The parties' joint case management statement shall be due on _____.~~

**IT IS SO ORDERED.**

DATED: May 6, 2015                          *[signature: Jeffrey S. White]*
                                             Judge of the United States District Court,
                                             Northern District Of California