**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERTO F. GUILLERMO and, LILLIAN S. CORTES,

    Plaintiffs,

  v.

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and CALIBER HOME LOANS, INC.,

    Defendants.

No. C 14-04212 JSW

**ORDER DIRECTING PLAINTIFFS TO FILE REDLINE VERSION OF SECOND AMENDED COMPLAINT**

    In considering Defendants' motions to dismiss the Second Amended Complaint, which are now ripe and scheduled for a hearing on July 31, 2015, the Court would be greatly assisted by the submission of a redline comparison of the First Amended Complaint, filed on October 9, 2014, and the Second Amended Complaint filed on April 20, 2015.  Therefore, IT IS HEREBY ORDERED that Plaintiffs shall electronically file and submit to chambers the redline version of the two complaints by June 26, 2015.

    **IT IS SO ORDERED.**

Dated: June 4, 2015

                                                     JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE