IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO F. GUILLERMO and, LILLIAN S. CORTES,<br><br>    Plaintiffs,<br><br>  v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and CALIBER HOME LOANS, INC.,<br><br>    Defendants.<br>_____/ | No. C 14-04212 JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    The Court HEREBY CONTINUES the case management conference scheduled for September 4, 2015, to September 25, 2015. The parties shall file an updated case management conference statement by September 18, 2015, that includes proposed dates for designation of experts, discovery cutoff, and hearing on dispositive motions. The Court will defer setting a pretrial conference and trial date until after the parties have participated in an ADR process.

    The Court notes that, with respect to dispositive motions, if the parties will be filing motions for summary judgment on the same issues (e.g., Defendants are liable/Defendants are not liable on a given claim), the Court will require the parties to proceed by way of cross-motions, *i.e.* four briefs versus six: Plaintiffs will file an opening briefs, Defendants will file their oppositions and cross-motions, Plaintiffs will file their oppositions and replies, and the Defendants will file their replies.

//

The Court would prefer joint briefing, but will permit the parties to file motions that are directed to the individual defendants.

**IT IS SO ORDERED.**

Dated: August 31, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE