UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO GUILLERMO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-04212-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties are scheduled to appear on February 19, 2016, for a case management conference. The Court has received and considered the joint case management conference statement dated February 12, 2016. (Docket No. 76.) The parties represent that they continue to have productive settlement discussions and have asked that the Court defer setting deadlines to complete discovery, other case related deadlines, and dates for the final pretrial conference and trial. The Court appreciates the parties' efforts to resolve this matter informally, and the Court does not wish to undermine those efforts. Therefore, the Court shall grant one final continuance of the case management conference from February 19, 2016 to March 25, 2016.

The parties shall file an updated joint case management conference statement on March 18, 2016. In that case management conference statement, the parties shall include all dates and deadlines required by paragraph 17 of the Northern District's Model Joint Case Management Conference Statement. If the parties have not yet finalized a settlement by that time but are still engaged in productive discussions, they may proposed deadlines that would account for continued discussions, so long as they make that clear to the Court.

Finally, the Court admonishes Plaintiffs that it has not made any findings as to Defendant's liability. (*See* Joint Case Management Conference Statement at 2:28.) It has merely found that

1 | Plaintiffs stated enough facts to proceed with their claims.

2 |     **IT IS SO ORDERED.**

3 | Dated: February 12, 2016

_____
JEFFREY S. WHITE
United States District Judge