UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO GUILLERMO, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>        Defendants. | Case No.  14-cv-04212-JSW<br><br>**ORDER TO SHOW CAUSE** |

     The Court held an initial case management conference in this case on March 25, 2016. Plaintiff's counsel failed to appear.  Accordingly, the Court HEREBY ORDERS Plaintiff's counsel, Tiffany R. Newman, Esq., why she should not be sanctioned in the amount of $500.00 for her failure to appear.

     Ms. Newman's response to this Order to Show Cause shall be due on April 4, 2016.

     **IT IS SO ORDERED.**

Dated: March 28, 2016

_____
JEFFREY S. WHITE
United States District Judge