UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO GUILLERMO, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>      Defendants. | Case No. 14-cv-04212-JSW<br><br>**ORDER IMPOSING SANCTIONS** |

The Court held an initial case management conference in this case on March 25, 2016. Plaintiff's counsel failed to appear. On March 28, 2016, the Court issued an Order to Show Cause, directing Ms. Newman to show cause why monetary sanctions in the amount of $500.00, should not be imposed for her failure to appear. Ms. Newman filed a timely response. The Court concludes that she has not shown good cause to discharge the Order to Show Cause without imposing sanctions. However, the Court shall reduce the amount to be imposed to $250.00.

Ms. Newman shall pay the amount of $250.00 to the Clerk of the Court by no later than April 11, 2016, and she shall not pass the amount of sanctions on to Plaintiffs.

**IT IS SO ORDERED.**

Dated: April 4, 2016

_____
JEFFREY S. WHITE
United States District Judge

Cc: Finance Office