UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO GUILLERMO, et al.,<br>Plaintiffs,<br>v.<br>CALIBER HOME LOANS, INC.,<br>Defendant. | Case No. 14-cv-04212-JSW<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Re: Dkt. No. 90 |

The Court has received the parties' stipulation to modify the scheduling order in this case. The Court denies the stipulation without prejudice to the parties renewing their request after they have considered the information set forth below.

The Court advanced the date for the pretrial conference from November 21, 2016 to November 14, 2016. (*See* Docket No. 86.) Based on that new date, the parties' pretrial filings are due on October 31, 2016. *See* Guidelines for Trial and Final Pretrial Conferences in Civil Jury Cases, ¶¶ 1-2. Under those same guidelines, "[i]n order to ensure that motions in limine and oppositions are timely filed, at least thirty (30) calendar days before the Final Pretrial Conference, the moving party shall serve, but not file, the opening brief and at least twenty (20) calendar days before the Final Pretrial Conference the responding party shall serve, but not file, the opposition." *Id.* ¶ 2(i). Thus, the parties would be required to serve motions in limine on October 21, 2016, which is only two weeks after their proposed deadline to hear dispositive motions.

The Court is amenable to modifying the scheduling order. However, based on the parties' proposal, the Court would likely need to continue the pretrial and trial dates.

//

//

Accordingly, it shall give the parties the opportunity to meet and confer on this issue and to submit a revised stipulation that takes this information into account.

**IT IS SO ORDERED**.

Dated: July 13, 2016

_____
JEFFREY S. WHITE
United States District Judge